| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

EDWARD JAMES COLEMAN, JR.,          §
                                     §
          Plaintiff,                 §
                                     §
*versus*                             §   CIVIL ACTION NO. 9:22-CV-145
                                     §
BOBBY LUMPKIN, *et al.*,             §
                                     §
          Defendants.                §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Edward James Coleman, Jr., a prisoner confined at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Bobby Lumpkin and Brown Collins.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  The magistrate judge recommended granting Plaintiff's first two motions to dismiss the action voluntarily. Plaintiff filed objections to the reports and recommendations.  On June 12, 2023, Plaintiff filed a third motion to dismiss.  In light of Plaintiff's current motion to dismiss, Plaintiff's objections to the reports and recommendations are deemed to be withdrawn.

The court received and considered the Reports and Recommendations of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Reports and Recommendations of United States Magistrate Judge (#10 and #28) are **ADOPTED**. Plaintiff's objections (#12 and #29) are deemed to be **WITHDRAWN**. Plaintiff's Motions to Dismiss (#8, #23, and #49) are **GRANTED**. A final judgment will be entered in accordance with this order.

**Signed this date**
Jun 15, 2023

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE